FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2018 OCT -3 AM 11:01

CLERK _____ TRB
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | CR418  232 |
| | ) | |
| ADRIAN BURLOIU | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 3rd day of October 2018.

_____
HON. R. STAN BAKER
UNITED STATES DISTRICT COURT
JUDGE, SOUTHERN DISTRICT OF
GEORGIA