FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 OCT 19  PM 12:04

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  CR 4:18-232 |
| ADRIAN BURLOIU | ) |
| | ) |
| Defendant. | ) |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this ___19th___ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA